■ The People of the State of New York, Respondent, v Shondell J. Paul, Appellant. [42 NYS3d 921]—Motion for writ of

error coram nobis denied. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.